In the Matter of the Application of OWEN B. MURPHY, Appellant, for a Peremptory Writ of Mandamus against J. GABRIEL BRITT et al., as Commissioners of Election of the City of New York, et al., Respondents.

*Matter of Murphy* v. *Britt,* 163 App. Div. 734, affirmed.
(Argued August 27, 1914; decided August 28, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 26, 1914, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendants at the coming primary and general election in 1914, to certify to the existence of a vacancy in the office of a justice of the City Court of the city of New York, formerly occupied by Thomas F. Donnelly and now occupied by William L. Ransom, and calling for the election of a successor to the said Donnelly and Ransom, and requiring the respondents and each of them to print ballots at the primary and general election containing the nominations to succeed the said Donnelly and Ransom, and requiring the respondents to print the name or names of any designations and nominations for the office of justice of the City Court of the city of New York to be voted for at the primary or general election in 1914.

*Ellwood M. Rabenold* and *James A. Foley* for appellant.

*Frank L. Polk, Corporation Counsel (Louis Marshall* and *Samuel J. Rosensohn* of counsel), for respondents.

Order of Appellate Division affirmed, without costs, on per curiam opinion below.

Concur: WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.